No. 76–961. GANGADEAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–962. MILLER *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 76–967. UCO OIL CO. ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–971. KING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–979. ARTHUR G. MCKEE & CO. *v.* G. C. S., INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–981. CPC INTERNATIONAL, INC., ET AL. *v.* COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 76–982. SLOAN, DBA SAMUEL H. SLOAN & CO. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 76–996. POMPONIO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–1008. CAHALAN *v.* WALKER. C. A. 6th Cir. Certiorari denied.

No. 76–1015. HUGHETT ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1021. FLAV-O-RICH, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 76–1022. MILES ET AL. *v.* GUIN, U. S. DISTRICT JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.